```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                          Case No. 09-cr-24-PB

**Francisco Burgado**


### **O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2009.  At a May 14, 2009 hearing, the court found defendant competent to stand trial.  Counsel now requests additional time to properly prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to September 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 27, 2009 final pretrial conference is continued to August 24, 2009 at 3:30 p.m.

No further continuances.

SO ORDERED.

                                           /s/Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge

May 20, 2009

cc:   Michael Iacopino, Esq.
      Terry Ollila, AUSA
      United States Probation
      United States Marshal